UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No.: |
| LEHMAN BROTHERS INC., | : | 08-01420 (SCC) |
| Debtor. : | | NOTICE OF APPEAL |

----------------------------------------------------------------x

     Appellant Mary Annette Ortegon ("Ortegon"), a creditor in the above captioned bankruptcy proceeding, by and through her attorney Ethan A. Brecher, in accordance with Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, hereby appeals to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1) from the final order of the United States Bankruptcy Court for the Southern District of New York entitled *Supplemental Order Granting the Trustee's One Hundred Ninety-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims)* (the "Order").  The Order was entered in the above-captioned Chapter 11 case on October 20, 2014, including, without limitation, any and all judgments, decrees, decisions, ruing and/or opinions that merged into and/or became part of the Order, that are related to the Order and/or upon which the Order is based.

     The names of all parties to the Order and the names, addresses and telephone numbers of their respective counsel are as follows:

Ethan A. Brecher
LAW OFFICE OF ETHAN A. BRECHER, LLC
 600 Third Avenue, 2nd Floor
 New York, NY 10016
 Phone: (646) 571-2440
 Attorney for Appellant Mary A. Ortegon

James B. Kobak, Jr.
Christopher K. Kiplok
Ned H. Bassen
Meaghan C. Gragg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of
Lehman Brothers Inc.


Dated:      New York, New York
            October 22, 2014

                              Respectfully submitted,


                              By:/s/ Ethan A. Brecher

                              Ethan A. Brecher
                              Law Office of Ethan A. Brecher, LLC
                              600 Third Avenue, 2nd Floor
                              New York, NY 10016
                              Phone: (646) 571-2440
                              Fax: (888) 821-0246
                              Email: ethan@ethanbrecherlaw.com
                              *Attorney for Appellant Mary A. Ortegon*