# EXHIBIT B

# LEHMAN BROTHERS

DANIELLE COPPOLA
VICE PRESIDENT

January 12, 2007

Mary K Ortegón
25 West Houston Street, #2E
New York, NY 10012

Dear Mary:

Congratulations on receiving your offer to join Lehman Brothers Inc. (the "Firm") as a Business CAO in the Fixed Income Division, reporting initially to Mo Grimeh. Your corporate title of Senior Vice President will be submitted for official approval by the Board of Directors as part of the next quarterly approval process. We expect your employment to begin on or about January 18, 2007.

For the performance year 2007 (your start date through November 30, 2007), your compensation will be as follows:

- Bi-weekly base salary of $5,769.23, which is the equivalent of $150,000 per year.

- A minimum bonus in the amount of $350,000, less applicable deductions, payable at the time the Firm pays its annual 2007 bonus distribution (on or about January 31, 2008).

The foregoing salary will be paid for all periods of your active employment with the Firm in performance year 2007. The bonus amount set forth above will be paid at the time and in the amount stated except that it will not be payable if you have failed to obtain and/or maintain in good standing all applicable licenses and registrations or if, before the date of scheduled payment, you have resigned or have been terminated from the Firm because of misconduct, breach of Firm policies or rules, dishonesty, violation of laws or regulations, or substantial and continuing failure to perform employment duties or obligations satisfactorily. The bonus amount set forth above may be reduced in the event of an approved leave of absence during the applicable performance year.

At the Firm's discretion, a portion of your 2007 and future years' total compensation (combined base salary, bonus, and other compensation) will be payable in conditional equity awards (restricted stock units, options, and/or other equity-based awards) pursuant to the Firm's Equity Award Program as then generally in effect for employees with your position and corporate title. The terms and conditions of the Equity Award Program, including terms and conditions relating to vesting, exercisability, and forfeiture, will be established by the Firm from time to time in its discretion.

All compensation payments described in this letter will be paid in accordance with our customary payroll practices, and will be subject to applicable payroll and income tax withholding and other applicable deductions. Your compensation for all periods after performance year 2007 will be determined at the Firm's discretion.

You will also be eligible to participate in the Firm's standard employee benefits program, which will be discussed with you shortly after you commence employment.

While the foregoing compensation commitments will be honored on the terms outlined above, this letter is not a contract of continuing employment. Your employment by the Firm is for no fixed term, and either you or the Firm may terminate the employment relationship at any time for any reason, subject to any applicable notice requirement. Currently, the Firm's notice policy requires officers of the Firm to provide 30 days' advance written notice of resignation, and provides for 30 days' advance notice by the Firm to its officers in the event of an involuntary termination under certain circumstances. In making this offer of employment, the Firm has relied on your representations (a) that you are not currently party to any agreement or dispute or litigation that might impede your ability to accept this offer or perform the duties of this position and (b) that you are not subject to any non-competition arrangement or other restrictive covenants that might affect your employment by the Firm as contemplated by this letter.

Please understand that the terms and conditions of your employment by our Firm are governed by standard Firm policies. Among other things, this means that this offer of employment is conditional upon the successful completion of a background investigation, including reference, credit, criminal and other checks, as well as on your satisfactorily meeting all pre-employment requirements, including passing a pre-employment drug screen and producing documentation to verify your identity and eligibility to work in the United States. This also means that you must have and maintain in good standing all applicable licenses and registrations. If you are not registered at this time, we expect you to be registered at the earliest practical time, but in no event later than six (6) months following your date of employment. Shortly, you will receive a memo indicating how to schedule pre-employment and complete any necessary paperwork. If you have any questions, please contact Shari Kroningold at 212-526-8723.

Mary, we are enthusiastic and pleased that you are going to be a part of our organization. Please confirm your agreement to the above by signing a copy of this letter in the space provided below, and returning it to Shari Kroningold in the enclosed envelope. An additional copy of this letter is enclosed for your files. Please contact me at 212-526-4881 if you have any additional questions or concerns.

**SIGNATURES APPEAR ON NEXT PAGE**

Sincerely,

Danielle Coppola
Vice President
Fixed Income Human Resources


Agreed to and accepted:

Mary K Ortegón

Date   1/16/07

# EXHIBIT C

# Application for Encore

## Personal Information

**First Name:** Mary
**Last Name:** Ortegon
**Address:** 25 West Houston Street, 2E
**City, State, Zip:** New York, NY 10012
**E-mail:** ortegon.mary@gmail.com
**Phone:** 646-642-7850
**Cellular:**

## Education

**Undergrad Info:** Dickinson College
**Undergrad Degree:** BA Economics
**Grad Institution:** Kellogg
**Grad Degree:** beginning EMBA in January 2007 (once a month weekend)
**Grad Institution:**
**Grad Degree:**

## Work Experience

**Company 1:** HSBC Securities / Republic National Bank
**Employment Dates:** Mar-98 - Oct-01
**Title:** Deputy Managing Director
**Responsibilities:**
Head of Equity Derivatives Marketing and Sales in Global Equity Derivatives Group

**Company 2:** Deutsche Bank
**Employment Dates:** Jan-97 - Mar-98
**Title:** Vice-President of Equities
**Responsibilities:**
Structured Product Trader in Global Equity Derivatives Group

**Company 3:** Swiss Bank / O'Connor and Associates
**Employment Dates:** Apr-86 - Apr-96
**Title:** Director of Equities
**Responsibilities:**
Senior Risk Management Advisor and Options Trader

## Additional Information

**Please describe your current activities or occupation, whether inside or outside the home:**
Having major capital I invested in pre-construction real estate and presently manage the portfolio. To keep abreast of
derivatives and the market, I trade a small portion of my capital utilizing options strategies. I attend industry seminars and am
curren

## Future Professional Preferences

**Are you interested in re-entering the workforce?**
yes - immediately

**What areas in the financial services industry would you consider re-entering?**
equities
investment management

**In what capacity would you like to return to the workforce?**

full-time

*Other*
**How did you learn of the Encore program?**
Ib website

**What are your chief concerns regarding**
**on-ramping?**
That it will take along time to actually happen for someone like myself who has years of experience and took the 5 years off and now wants to return full time into a production role.

**Are there any other individuals whom you would like to recommend for inclusion in the Lehman Brothers Encore program?**
No one at this time.

# EXHIBIT D

**Mary K Ortegón**

25 West Houston Street #2E
New York New York 10012

646.642.7850
ortegon.mary@gmail.com

**Profile: Equity Derivatives Professional**

*Capital Markets risk professional with extensive experience and training in derivatives including pit trading at the Philadelphia Stock Exchange (PHLX) as market maker and specialist, risk management advisor, liaison to risk books and portfolio managers on options strategies and financial engineering solutions, marketing, sales, origination and distribution, floor and upstairs management roles. Ten years at a leading firm in proprietary options trading, market-making, and risk management advisory. Responsibilities include supervisory, analytical, risk management, equity product structuring and trading, options market making. Thrive in diverse, dynamic, cross-border business and market arenas. Strengths include strong ability to manage and perform multiple tasks, excellent customer skills and focus, market and option strategy fluency, intuitive decision-making, independent thinking, creative and abundant financial ideas/solutions, creating new businesses and distribution platforms, synergistic philosophy for added-value production, strong detail and complexity in products and production. Superior track record and professional reputation committed to highest professional standards and on-going training, education, active in the financial and philanthropic community.*

In Progress Certifications: Sitting for the 2006 Exam for Financial Risk Manager ® Certification (GARP) & SOX (Sarbanes-Oxley) Certification

NASD/SFA Licensures Held: Series 3 (Commodities & Futures), Series 4 (Registered Options Principal) with SROP Designation, Series 7 (General Securities Registered Representative), Series 24 (General Securities Principal), Series 63 (Blue Sky); SFA Manager, SFA General Representative

International: Native English speaker with experience working in German, Italian, Swiss, Spanish-speaking environments; trading, marketing, executing cash and derivative financial solutions/products taking into account various legal entities, regulatory issues, tax implications, jurisdiction requirements, customer requirements, risk book and institutional risk parameters.

*Availability: US Citizen, domestic & international relocation, "clean" U4 & ready to sit for relevant securities licensing exams*

**Derivatives Desk Management/ Start Up**
-Experience in setting up derivatives business and production in Europe, US, and Latin America
-Experience designing/restructuring, executing, recruiting, supervising derivatives operation
-Extensive experience and insight to trouble shoot problematic situations with risk book, customer complaints, inappropriate executions, regulatory and reputation risk situations across traders, sales, customers and legal, tax, regulatory areas
-Notable for forward-thinking and non-standard approach, taking initiative, strategic focus to develop optimal solutions for customers and institution/risk book, representing highest professional standards and best practices
-Proven organizational success in streamlining the vetting of customers for derivatives, documentation review, documentation design (ISDA), credit lines, relevant due diligence and approval process
-Excellent relationships and network with professionals, clients, and ability to effectively access resources internally and externally
-Excellence in creating opportunities that have not been envisioned or have not succeeded previously
-Open management style encouraging professionalism, teamwork, transparency, education and training, managed risk taking, individual and team performance

CONFIDENTIAL                                                    LBI_ORTEGON_000170

-Management responsibilities with sales, sales trading, trading, marketing, risk management advisory and research personnel
-Launched derivatives and options production lines for hedge funds, fund managers, corporations, private banks, pension funds, retail banking group
-Worked closely with investment bankers and relationship managers to identify client needs and requirements delivering financial risk management solutions and strategies
-Worked closely with management, compliance, credit, legal, tax and other business areas of the institution to ensure proper infrastructure and procedures are in place
-Authored policies and procedures for new business department, product lines, and customer approvals
-Diligently supervise staff for compliance and best practice; supervised all equity derivatives activity for US broker dealer as SROP (Supervisory Registered Options Principal)
-Built the foundations for new derivative businesses and product lines in Latin America, Switzerland and US for major institutions
-Manage diverse and ever-changing project schedule from inception through completion and follow-up such as new product issuance and new derivatives business in US broker - dealer
-Identify and manage resources to ensure compliance with budget and time constraints
 -Develop innovative and realistic strategies that meet both short and long-term organizational needs and mission
-Signature traits include innovative ideas, creativity, connectivity, conservative risk management style, and entrepreneurship

**Derivatives Trading/Risk Management Advisory**
-Volatility arbitrage, equity options market making, specialist, and floor operations management
-Expertise in originating, launching and market-making options, warrants, and structured notes
-Top producer to global capital markets trading books
-Originating, structuring, pricing, trading and marketing capital markets products
-Specializing in equity/equity derivative product including warrants, hybrids, exotics, new product
-Experience cross selling from equities to currencies, fixed income, mergers and acquisitions, cash markets, real estate for international high net worth/private clients, institutions, corporations, money managers, and hedge funds
-Experience in identifying risk characteristics, financial solutions, legal, tax, regulatory issues regarding product and designing and facilitating product for the risk books
-Train regulators, clients, sales, trader trainees on derivatives and options

**International Investment Banking/Private Banking/Corporate Finance**
-Significant experience with US, Latin American and European investment banking and capital markets
-Analyze, identify, and create solutions, opportunities, and product with perspective of dynamic international markets, client requirements, highest professional standards, and available resources
-Incorporate fundamental, technical, and derivatives research with product, customer, and trade
-Immediate adaptability and productivity in new environments, cultures with an ability and readiness to seek out and acquire necessary skills such as language to work effectively
-Creative disposition towards problem solving and new business opportunities
-Worked extensively with US, European, and Latin American Private Banking customers and sales to create financial solutions, develop, structure and execute product for private banking customers, private banking global portfolio managers, hedge funds, broker-dealers
-Created new product for trading books including equity swap repurchase agreements, baskets, warrants on local share underlying
-Worked with global legal experts to design and implement new products and lines of distribution
-Experienced in conducting due diligence reviews for alternative investments including oil and gas private placements
-Highly experienced in working with attorneys and accountants to identify practical solutions, analysis of possible obstacles including reputation risk and forward thinking industry highest standards and best practices particularly relating to equities, derivatives, and structured product

CONFIDENTIAL
LBI_ORTEGON_000171

-Originated, orchestrated, relationship managed and executed buy back programs for US corporations
**Professional Employment**

**HSBC/Republic National Bank of New York** (March 1998 – October 2001)
New York New York
**Deputy Managing Director, Head of Sales & Marketing**, The Supervisory Registered Options Principal for HSBC Securities USA Inc; Head of Marketing, Origination & Distribution, Financial Products Group

- Responsible for managing and building an international financial products distribution platform and sales group
- Authored and executed new business plans and products
- Assembled and managed a team of sales, sales-trading, and research analysts to deliver solutions to hedge fund and money managers, insurance, private banks, broker dealers
- Redesigned product delivery and customer coverage for best practice compliance and regulatory issues
- Successfully championed and launched equity derivatives business in the Americas
- Established derivatives products and programs (euro warrants, structured notes, private client solutions)
- Originated, launched, managed and executed product line for corporate buy-backs through share repurchase and derivatives, equity-linked notes, warrants

**Deutsche Bank / Deutsche Morgan Grenfell** (January 1997 – March 1998)
New York New York
**Vice President, Structured Equity Product Trader**, Global Equity Derivatives Group

- Responsible for start-up of Latin American Equity Derivatives risk book, structuring and trading for client transactions (corporate, institution, private bank)
- Responsible for reviewing and evaluating new and existing client deals in conjunction with the risk book and to build a business
- Product includes Latin American ADR linked structures distributed globally and equity structured product distributed to Latin America customer base
- Launched equity linked notes for Argentine Pension Funds (AFJPs)
- Advisor to risk manager from business/risk perspective on existing and future business/positions
- Co-creator of joint venture with equity derivatives division and equity finance division for synergistic business
- Risk advisor to Latin American region for pricing, transacting, issuance and product development

**Swiss Bank/O'Connor & Associates** (April 1986 – April 1996)
Chicago Illinois, Zurich Switzerland, Philadelphia Pennsylvania
**Marketer, Senior Risk Management Advisor, Trader, Director of Global Equity Derivatives**

- Responsible for Sales & Marketing – Mexico, Latin American Equities Group / MEDI Mexican Equity Derivatives Instruments; development and marketing Latin American equity derivatives for global institutional sales
- Coordinated origination and distribution throughout Latin America focusing on corporate, institutional and high net worth individuals in Latin America
- Provided strategic equity advice to private banking, relationship managers, investment bankers, corporate and institutional clients; organized and created marketing materials and books as well as risk analysis tools to assist in evaluation risk, comparative analysis of alternatives for clients; provided ongoing marketing to clients with SBC investment Bankers globally and Banamex team

CONFIDENTIAL                                      LBI_ORTEGON_000172

**Swiss Bank/O'Connor & Associates** (cont)

- Project Manager for Swiss Bank's application and 5- year business plan for a Mexican Broker-Dealer (Casa de Bolsa) accepted July 1994
- One of first RMA's (Risk Management Advisor) from inception; First equity risk advisor deployed to Zurich to create new business opportunities for Swiss Bank/O'Connor joint venture
- Senior Risk Management Advisor in Zurich originated, structured executed equity financial derivatives and hybrid products, public warrants such as the first launched euro-warrant on YPF, the Argentina Oil and Gas Company
- Developed US, Latin America and Asia equity derivative product for Swiss customers as well as other asset classes gold, oil, foreign exchange cross-product derivative structures to European based clients, portfolio managers, and private banking fund managers as demand dictated
- Created and delivered training to sales force, portfolio managers, and clients
- Pricing and market maker of American equity book during European time zone; executed equity derivative OTC product
- Quantitative focus on Vol/Arb Strategies utilizing numerous proprietary tools of O'Connor's trading system
- Volatility Arbitrage Strategies: Equity Options Floor Manager, Options Trader, Options Specialist, Member of the Philadelphia Stock Exchange: Responsible for trading of single stock options at the Philadelphia Stock Exchange
- Trained assistant traders and new traders on the trading floor and mock trading sessions
- Coordinated floor activity and communication with Chicago risk managers, including advising on large orders and off-floor pricing
- Working closely with quantitative group and risk managers to risk manage positions and determine trading strategy, risk parameters, and volatility forecasts
- Responsibilities included overseeing floor broker commission business and maintaining a professional relationship with member firms and brokers; set up new specialist posts with office manager; responsible for personnel reviews
- Senior Recruiter for trading at recruiting fairs and universities; taught options classes including creating a series of films

**Eastman Banks and Dolan, Inc** (1984 – 1986)
Philadelphia & Greensburg, Pennsylvania
**Vice President, General Principal, Registered Representative, National Wholesaler**

- Family owned Western Pennsylvania boutique broker-dealer specializing in alternative investments
- Responsible for assisting in due diligence and marketing alternative investments - oil and gas, commercial real estate, equipment leasing limited partnership offerings to high net worth individuals and US broker-dealers
- Undergrad Summer internship: broker-dealer accounting

CONFIDENTIAL                                                            LBI_ORTEGON_000173

## Education, Training, Certification

**Kellogg/Northwestern Executive MBA** *Winter 2007 - Accepted*
**Roosevelt University**, Chicago Illinois, attended evening Spanish Masters Program
**Temple University** Philadelphia Pennsylvania, attended Graduate School of Business and Management, International Accounting and Finance, Mathematics, Statistics Coursework
**Dickinson College**, Carlisle Pennsylvania, Bachelor of Art in Economics, Finance/Accounting
**Dickinson Center for European Studies**, Bologna Italy, International Studies

"The Ins & Outs of Credit Derivatives", "Hedge Funds Course: The Risks and Rewards" (Dr. Izzy Nelken); Public Speaking Training (Swiss Bank); Technical Analysis (Trend Trading); Relationship Management Marketing (HSBC); Arbitration Training (NASD)

Basic & Advanced Options Theory Course (O'Connor); Desk and Floor rotation (O'Connor); Tax Preparer Certification (H & R Block Executive Services); Word, Excel, PowerPoint, Database Management Systems In-house courses, Risk &Trading Systems (Proprietary &Vendor – Murex)

Berlitz School of Languages Executive Level Spanish (Buenos Aires, Mexico City, Santiago), German (Zurich), Italian (Zurich), Portuguese (Rio de Janeiro); Instituto de Lengua para Extranjeros Certification (Buenos Aires); Sprachen & Wirtschaft Executive Training Certification (Meersburg Germany)

## Presentations & Publications

- Swiss Bank Latin America Private Banking Conference Key Speaker "Latin America Structured Product"
- International Global SBC Representative Convention Key Speaker "Emerging Markets: Equity Linked Product"
- Swiss Portfolio Manager Breakfast Forum Basel Key Speaker "OTC Derivatives"
- Produced & featured in series of educational Options films for O'Connor
- Featured in Swiss Bank promotional recruiting materials
- Featured in Derivatives Strategy Magazine "Investors Return to Latin America"
- Authored and designed new product publications and customer presentations

## Financial & Community Affiliations/Recognitions

- Global Association of Risk Professionals (GARP) Member
- Professional Risk Managers' International Association (PRMIA) Member
- Structured Products Association (SPA) Member
- 100 Women in Hedge Funds Member
- NASD Dispute Resolution Board of Arbitrators
- Board Member of Trickle Up Program (elected June 2005), Founding Business Council Member, Development Committee Member; 100 Women for the 100,000[th] Business; Recipe for Rebuilding Miami Katrina Fund Raiser Sponsor
- Dickinson College Volunteer Alumni Recruiter
- Philadelphia Stock Exchange (PHLX) Elections Committee Member (1990 – 91)
- Philadelphia Stock Exchange (PHLX) Member (April 89 – June 91)

References available upon request

CONFIDENTIAL                                                LBI_ORTEGON_000174

# EXHIBIT E

| | |
|---|---|
| **From:** | Coppola, Danielle <dcoppola@lehman.com> |
| **Sent:** | Wednesday, January 17, 2007 12:44 PM |
| **To:** | Archer, Mary Pat |
| **Subject:** | Re: Mary Ortegon |

Ok..I will speak to Mo today

--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


----- Original Message -----
From: Archer, Mary Pat
To: Coppola, Danielle
Sent: Wed Jan 17 07:41:47 2007
Subject: Re: Mary Ortegon

I don't know why either....but she did have it on her resume....if it doesn't work for them then we can and should reconsider.mpa
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Coppola, Danielle
To: Archer, Mary Pat
Sent: Wed Jan 17 07:22:29 2007
Subject: Re: Mary Ortegon

I agree since we are paying for the others... my only concern with this is why didn't she mention it to us before she accepted the offer?  Am I being a stickler?

--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


----- Original Message -----
From: Archer, Mary Pat
To: Coppola, Danielle
Sent: Tue Jan 16 23:15:21 2007
Subject: Re: Mary Ortegon

We should be paying...no? Tuition...not room, board and travel.mpa
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----

1

CONFIDENTIAL                                    LBI_ORTEGON_000974

From: Archer, Mary Pat
To: Coppola, Danielle
Sent: Tue Jan 16 23:12:57 2007
Subject: Re: Mary Ortegon

I didn't ask her about Kellogg bc I assumed that she was filling her time while out....I had in my notes but never got to asking. I agree on flex time bc she does need to take vacation. I have no expectations of flying her to Chicago if that is where her classes are. She should talk to Mo. about start date...I also assumed that she was ready now but can see how you need to clear your head.mpa
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Coppola, Danielle
To: Archer, Mary Pat
Sent: Tue Jan 16 17:07:43 2007
Subject: FW: Mary Ortegon

Can we discuss..I am going to call her back but wanted to talk to you first. Alyssa looked up the program on-line and it say alternating Fridays and weekends so we will probably want to put her on a flex schedule right?

Thanks,
Danielle

---

From: Kroningold, Shari
Sent: Tuesday, January 16, 2007 4:42 PM
To: Coppola, Danielle
Cc: Kessler, Alyssa J
Subject: Mary Ortegon

Hi,

Mary Ortegon went through pre-employment this morning and is scheduled to begin on Thursday (assuming she clears pre-employment). She called to ask me a few questions, one being about her start date and taking what the vacation policy is since she was accepted to the Executive MBA Program at Kellogg. She said that this would require her to attend the school once a month on Friday afternoons, Saturdays and Sundays (although the Web site says alternating weekends). She was going to call Mo to discuss her start date since she didn't think her start date would be this soon (didn't she want to start asap?) and to discuss her traveling for the program.

Just wanted to bring this to your attention. I didn't want to ask her too many questions as I didn't know if it was something she was supposed to talk with her manager about. If you want me to call her back and get more information let me know or if you would like to call her, her # is 646-642-7850.

Thanks,
Shari

2

CONFIDENTIAL

LBI_ORTEGON_000975

| | |
|---|---|
| **From:** | Coppola, Danielle <dcoppola@lehman.com> |
| **Sent:** | Wednesday, January 17, 2007 6:18 PM |
| **To:** | Archer, Mary Pat |
| **Subject:** | Mary Ortegon |

Hi,

FYI...we are going to postpone her start date by one day so that Mo and I can meet with her tomorrow to review exactly what her school commitment is and to better understand why she didn't inform us about the program during her interview process.

I just learned inadvertently today that she is scheduled to attend class all next week and will not be able to come to work. No one was aware of this either.

Thanks,
Danielle

1

CONFIDENTIAL

LBI_ORTEGON_000979

# EXHIBIT F

| | |
|---|---|
| **From:** | Kroningold, Shari <shari.kroningold@lehman.com> |
| **Sent:** | Thursday, January 18, 2007 2:51 PM |
| **To:** | Coppola, Danielle |
| **Cc:** | Millstein, Deborah; Kessler, Alyssa J |
| **Subject:** | Mary Ortegon |

Hi,

John pushed Mary's start date back since she was already in PS.  When/If she starts, he will re-enter a start date or if she never starts we will term her in the system.

Thanks,
Shari

1

LBI_ORTEGON_000035

| From: | Kroningold, Shari <shari.kroningold@lehman.com> |
|---|---|
| Sent: | Wednesday, January 17, 2007 10:32 PM |
| To: | CM Data Entry |
| Cc: | Kessler, Alyssa J; Coppola, Danielle |
| Subject: | Mary Ortegon |

Hi John,

Mary Ortegon will not be starting tomorrow.  Not sure what you do to "unhire" employees but right now we do not have a start date.

Will keep you updated.
Thanks,
Shari

1

CONFIDENTIAL

| From: | Cannady Jr., John <john.cannadyjr@lehman.com> |
| --- | --- |
| Sent: | Thursday, January 18, 2007 8:47 PM |
| To: | Kroningold, Shari; CM Data Entry |
| Cc: | Coppola, Danielle; Kessler, Alyssa J |
| Subject: | RE: Mary Ortegon |

Hello Shari,
We are going to term her and let the term feed to LDAP and then we will delete the ID altogether. I will let you know once I have started to get the ball rolling on her case. Thanks.

---

From: Kroningold, Shari
Sent: Thursday, January 18, 2007 3:41 PM
To: CM Data Entry
Cc: Coppola, Danielle; Kessler, Alyssa J
Subject: Mary Ortegon

Hi John,

Were you able to speak with Donna about Mary Ortegon? She's the employee that is in PS but never started so we do not want her to be on our pipeline or come up as a hire then a term.

Thanks,
Shari

1

CONFIDENTIAL

LBI_ORTEGON_000044

Case 1:14-cv-06867-VEC Document 9-1 Filed 08/15/14 Page 22 of 56

# EXHIBIT G

# FAX TRANSMISSION

TO:     Ethan Brecher, Esquire

FROM:  Mary Ortegon

DATE:   April 2, 2014

RE:      FINRA CRD Snapshot

## FAX NUMBER:     888-821-0246

## Total pages:   16 including this cover

## Comments:  See page 8 and page 12 for LEHMAN



Financial Industry Regulatory Authority

Attached is the Snapshot Report ("Snapshot") that you requested. Please disregard the numbering on the pages; it is for internal use only.

For future Snapshot requests, you may choose one of the following options:

- Contact the licensing or compliance department of your firm if you are a currently registered individual.
- Complete and submit the Snapshot Report Request Form available on the FINRA Web Site at: www.finra.org/snapshot.

FINRA mails Snapshots for currently registered individuals to the residential address of record in CRD. However, FINRA mails Snapshots for formerly registered individuals to either the residential address of record in the Central Registration Depository (CRD®) system or other residential address provided by you in writing.

Please be advised that Snapshots may include information from the Legacy CRD system, which is no longer the system of record for FINRA. Legacy CRD records may not be current because FINRA implemented Web CRD®, the Internet-based Central Registration Depository system, as its system of record on August 16, 1999.

Additional information and the Snapshot Report Request Form are available on the FINRA Web Site at http://www.finra.org/snapshot. If you need additional assistance, please contact the Registration Management unit at (240) 386-4182.

# Notice

**CRD® or IARD(TM) Information:** This report contains information from the CRD (Central Registration Depository) system, or the IARD system (Investment Advisers Registration Depository), which are operated by FINRA, a national securities association registered under the Securities Exchange Act of 1934. The CRD system primarily contains information submitted on uniform broker-dealer and agent registration forms and certain other information related to registration and licensing. The IARD system primarily contains information submitted on uniform investment adviser and agent registration forms and certain other information related to registration and licensing. The information on Uniform Forms filed with the CRD or IARD is deemed to have been filed with each regulator with which the applicant seeks to be registered or licensed and shall be the joint property of the applicant and such regulators. The compilation constituting the CRD database as a whole is the property of FINRA. Neither FINRA nor a participating regulator warrants or guarantees the accuracy or the completeness of the CRD or IARD information. CRD information consists of reportable and non-reportable information.

FINRA operates the CRD system in its capacity as a registered national securities association and pursuant to an agreement with the North American Securities Administrators Association, Inc. (NASAA).

FINRA operates the IARD system as a vendor pursuant to a contract with the Securities and Exchange Commission and undertakings with NASAA and participating state regulators.

**Reportable Information:** Information that is required to be reported on the current version of the uniform registration forms.

**Non-Reportable Information:** Information that is not currently reportable on a uniform registration form. Information typically is not reportable because it is out-of-date; it was reported in error; or some change occurred either in the disposition of the underlying event after it was reported or in the question on the form that elicited the information. Although not currently reportable, this information was once reported on a uniform form and, consequently, may have become a state record. Users of this information should recognize that filers have no obligation to update non-reportable data; accordingly, it may not reflect changes that have occurred since it was reported.

**CRD® or IARD(TM) System**     **Current As Of:**   **03/23/2014**
**Snapshot - Individual**
**CRD® or IARD(TM) System Report provided to:   RESEARCH**
**Request Submitted:   3/24/2014 10:45:08 AM**                              **Page 3 of 14**

| Individual | 1297351 - ORTEGON, MARY A |
|---|---|

**Administrative Information**
**Composite Information**

| Full Legal Name | ORTEGON, MARY A |
|---|---|
| State of Residence | NY |
| | |
| Active Employments | <<No Current Active Employments found for this Individual.>> |
| Reportable Disclosures? | The specified individual has no disclosure that qualifies for reporting under this section (i.e., disclosure required to be reported on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please note that there are three types of disclosure in Web CRD: Reportable, Legacy and Archive disclosure. An individual with no reportable disclosure may or may not have Legacy or Archive disclosure. Investment Adviser Users: Please note that IARD does not include Legacy disclosure. Information reported on previous form filings through IARD is available under Filing History. |
| Statutory Disqualification? | BLNK |
| Registered With Multiple Firms? | No |
| Material Difference in Disclosure? | No |

**Registrations with Current Employer(s)**

<<No Registrations with Current Employer(s) found for this Individual.>>

**Registrations with Previous Employer(s)**

From   03/12/2012  To   05/20/2013  MONADNOCK SECURITIES, LP(150062)
**Reason for Termination**     Voluntary
**Termination Comment**

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| CT | AG | 05/23/2013 | TERMED | 05/31/2012 |
| DE | AG | 05/23/2013 | TERMED | 03/12/2012 |
| FINRA | GS | 05/23/2013 | TERMED | 03/12/2012 |
| FL | AG | 05/23/2013 | TERMED | 09/04/2012 |
| NJ | AG | 05/23/2013 | TERMED | 11/01/2012 |
| NY | AG | 05/23/2013 | TERMED | 03/12/2012 |
| PA | AG | 05/23/2013 | TERMED | 03/12/2012 |
| VA | AG | 06/01/2012 | T_NOREG | |

From   12/28/2011  To   05/20/2013  MONADNOCK CAPITAL MANAGEMENT, LP(124605)
**Reason for Termination**     Voluntary
**Termination Comment**

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| PHLX | GS | 05/22/2013 | TERMED | 01/09/2012 |
| PHLX | OP | 05/22/2013 | TERMED | 01/18/2012 |

From   10/04/2010  To   08/17/2011  MORGAN STANLEY SMITH BARNEY(149777)
**Reason for Termination**     Voluntary
**Termination Comment**

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| CT | AG | 09/09/2011 | TERMED | 06/15/2011 |

**CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.**

**CRD® or IARD(TM) System**     **Current As Of:**    **03/23/2014**
**Snapshot - Individual**
**CRD® or IARD(TM) System Report provided to:**    **RESEARCH**
**Request Submitted:**    3/24/2014 10:45:08 AM                **Page 4 of 14**

**Individual**     **1297351 - ORTEGON, MARY A**

**Administrative Information**
**Registrations with Previous Employer(s)**

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| FINRA | GS | 09/09/2011 | TERMED | 10/28/2010 |
| NJ | AG | 09/09/2011 | TERMED | 10/28/2010 |
| NJ | RA | 09/09/2011 | TERMED | 11/25/2010 |
| NQX | GS | 09/09/2011 | TERMED | 10/28/2010 |
| NY | AG | 09/09/2011 | TERMED | 11/25/2010 |
| NYSE | GS | 09/09/2011 | TERMED | 10/28/2010 |
| NYSE-MKT | GS | 09/09/2011 | TERMED | 06/17/2011 |

From   01/13/2009   To   12/21/2009   VTRADER PRO, LLC(131920)
**Reason for Termination**     Voluntary
**Termination Comment**

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| CBOE | GS | 12/21/2009 | TERMED | 01/13/2009 |
| CBOE | OP | 12/21/2009 | TERMED | 01/13/2009 |

From   02/22/2007   To   01/14/2009   MONADNOCK CAPITAL MANAGEMENT, LP(124605)
**Reason for Termination**     Voluntary
**Termination Comment**

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| PHLX | GS | 01/14/2009 | TERMED | 09/27/2007 |
| PHLX | OP | 01/14/2009 | TERMED | 06/05/2008 |
| PHLX | OP | 07/24/2007 | T_NOREG | |

From   04/29/2003   To   06/23/2003   WALLSTREET ELECTRONICA, INC.(43896)
**Reason for Termination**     Voluntary
**Termination Comment**

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| FINRA | GS | 06/23/2003 | TERMED | 05/06/2003 |
| FINRA | OP | 06/23/2003 | TERMED | 05/06/2003 |
| FL | AG | 06/23/2003 | TERMED | 05/06/2003 |
| LA | AG | 06/23/2003 | TERMED | 05/14/2003 |
| NY | AG | 06/23/2003 | TERMED | 05/06/2003 |
| PA | AG | 06/23/2003 | TERMED | 05/13/2003 |

From   12/31/1999   To   10/22/2001   HSBC SECURITIES (USA) INC.(19585)
**Reason for Termination**     Other
**Termination Comment**     STAFF REDUCTION.

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| FINRA | GP | 10/26/2001 | T_NOREG | |
| FINRA | GS | 10/26/2001 | TERMED | 04/13/2000 |
| FINRA | OP | 10/26/2001 | TERMED | 08/31/2000 |
| NY | AG | 10/26/2001 | TERMED | 05/15/2000 |
| NYSE | GS | 10/26/2001 | TERMED | 04/28/2000 |
| NYSE | OP | 10/26/2001 | TERMED | 08/31/2000 |

From   01/06/1997   To   12/24/1997   DEUTSCHE MORGAN GRENFELL INC.(2525)

---

CRD® or IARD(TM) System    Current As Of:    03/23/2014
Snapshot - Individual
CRD® or IARD(TM) System Report provided to:    RESEARCH
Request Submitted:    3/24/2014 10:45:08 AM    Page 5 of 14

Individual    1297351 - ORTEGON, MARY A

**Administrative Information**
Registrations with Previous Employer(s)
Reason for Termination    Other
Termination Comment    OTH; MUTUAL CONSENT

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| ARCA | GS | 01/26/1998 | TERMED | 01/24/1997 |
| CT | AG | 01/26/1998 | TERMED | 12/08/1997 |
| FINRA | GS | 01/26/1998 | TERMED | 01/24/1997 |
| NJ | AG | 01/26/1998 | TERMED | 06/16/1997 |
| NY | AG | 01/26/1998 | TERMED | 12/08/1997 |
| NYSE | GS | 01/26/1998 | TERMED | 01/24/1997 |
| NYSE-MKT | GS | 01/26/1998 | TERMED | 01/24/1997 |
| PHLX | GS | 01/26/1998 | TERMED | 01/24/1997 |

From    01/01/1995  To    04/29/1996    SBC CAPITAL MARKETS, INC.(23745)
Reason for Termination    Voluntary
Termination Comment    Voluntary

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| ARCA | GS | 05/08/1996 | TERMED | 07/11/1995 |
| CBOE | GS | 05/08/1996 | TERMED | 07/11/1995 |
| FINRA | GS | 05/08/1996 | TERMED | 07/11/1995 |
| NYSE | GS | 05/08/1996 | TERMED | 07/11/1995 |
| NYSE-MKT | GS | 05/08/1996 | TERMED | 07/11/1995 |
| PHLX | GS | 05/08/1996 | TERMED | 07/11/1995 |

| CRD® or IARD(TM) System | Current As Of: | 03/23/2014 | |
|---|---|---|---|

Snapshot - Individual
CRD® or IARD(TM) System Report provided to:   RESEARCH
Request Submitted:   3/24/2014 10:45:08 AM                    **Page 6 of 14**

**Individual    1297351 - ORTEGON, MARY A**

**Administrative Information**
**Professional Designations**

<<No Professional Designations found for this Individual.>>

**Employment History**

| From | 03/2012 | To | Present | **Name** | MONADNOCK SECURITIES, LP |
|---|---|---|---|---|---|
| | | | | **Location** | LONG ISLAND CITY, NY, USA |
| | | | | **Position** | REGISTERED REPRESENTATIVE |
| | | | | **Investment Related** | Yes |
| From | 12/2011 | To | Present | **Name** | MONADNOCK CAPITAL MANAGEMENT, LP |
| | | | | **Location** | PHILADELPHIA, PA, UNITED STATES |
| | | | | **Position** | CONSULTANT |
| | | | | **Investment Related** | Yes |
| From | 11/2011 | To | 03/2012 | **Name** | MQ38LLC |
| | | | | **Location** | NEW YORK, NY, USA |
| | | | | **Position** | MANAGING DIRECTOR |
| | | | | **Investment Related** | Yes |
| From | 10/2010 | To | 08/2011 | **Name** | MORGAN STANLEY SMITH BARNEY |
| | | | | **Location** | NEW YORK, NY, US |
| | | | | **Position** | REGISTERED REPRESENTATIVE, REGISTERED ADVISOR |
| | | | | **Investment Related** | Yes |
| From | 02/2009 | To | 09/2010 | **Name** | GRAY SWAN CAPITAL MANAGEMENT |
| | | | | **Location** | NEW YORK, NY, USA |
| | | | | **Position** | MANAGING MEMBER/OWNER |
| | | | | **Investment Related** | Yes |
| From | 01/2010 | To | 04/2010 | **Name** | GWN INC |
| | | | | **Location** | PLEASANTON, CA, USA |
| | | | | **Position** | VP OF MARKETING AND SALES |
| | | | | **Investment Related** | No |
| From | 01/2009 | To | 12/2009 | **Name** | VTRADER PRO, LLC |
| | | | | **Location** | SAN FRANCISCO, CA, USA |
| | | | | **Position** | UPSTAIRS TRADER |
| | | | | **Investment Related** | Yes |
| From | 02/2007 | To | 01/2009 | **Name** | MONADNOCK CAPITAL MANAGEMENT, LLC |
| | | | | **Location** | PHILADELPHIA, PA, USA |

CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.

**JA-313**

| CRD® or IARD(TM) System | **Current As Of:** | 03/23/2014 | |
|---|---|---|---|
| Snapshot - Individual | | | |
| CRD® or IARD(TM) System Report provided to: | **RESEARCH** | | |
| Request Submitted: | 3/24/2014 10:45:08 AM | | **Page 7 of 14** |

**Individual**     1297351 - ORTEGON, MARY A

**Administrative Information**

**Employment History**

| | | | | **Position** | MARKETING MANAGER |
|---|---|---|---|---|---|
| | | | | **Investment Related** | Yes |
| From | 01/2002 | To | 12/2006 | **Name** | SELF-EMPLOYED |
| | | | | **Location** | NEW YORK, NY, USA |
| | | | | **Position** | PROFESSIONAL TRADER; PORTFOLIO MANAGER |
| | | | | **Investment Related** | Yes |

**Office of Employment History**

From     03/2012     To   05/2013

**Name**     MONADNOCK SECURITIES, LP(150062)

**Independent Contractor**   No

**Office of Employment Address**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| | | | No | Yes | 03/12/2012 | 05/20/2013 | Located At |
| | **Address** 475 48TH AVE. | | | | | | |
| | LONG ISLAND, NY 11109 UNITED STATES | | | | | | |
| 441927 | | | Yes | No | 03/12/2012 | 05/20/2013 | Supervised From |
| | **Address** 219 WEST NINTH STREET, # 220 | | | | | | |
| | WILMINGTON, DE 19801 UNITED STATES | | | | | | |
| BD Main | | | Yes | No | 03/12/2012 | 05/20/2013 | Supervised From |
| | **Address** 219 WEST NINTH STREET, # 220 | | | | | | |
| | WILMINGTON, DE 19801 | | | | | | |

From     12/2011     To   05/2013

**Name**     MONADNOCK CAPITAL MANAGEMENT, LP(124605)

**Independent Contractor**   Yes

**Office of Employment Address**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| BD Main | | | Yes | No | 12/28/2011 | 05/20/2013 | Supervised From |
| | **Address** 1845 WALNUT STREET, # 940 | | | | | | |
| | PHILADELPHIA, PA 19103 | | | | | | |

From     10/2010     To   08/2011

**Name**     MORGAN STANLEY SMITH BARNEY(149777)

**Independent Contractor**   No

**Office of Employment Address**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|

**CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.**

| CRD® or IARD(TM) System | Current As Of: | 03/23/2014 | | |
|---|---|---|---|---|
| Snapshot - Individual | | | | |

CRD® or IARD(TM) System Report provided to: **RESEARCH**

Request Submitted:  3/24/2014 10:45:08 AM                    Page 8 of 14

| Individual | 1297351 - ORTEGON, MARY A |
|---|---|

**Administrative Information**

**Office of Employment History**

**Office of Employment Address**

| 409229 | 100552 | 100552 | Yes | No | 10/04/2010 | 08/17/2011 | Located At |
|---|---|---|---|---|---|---|---|

Address 31 WEST 52ND STREET, 23RD FLOOR
NEW YORK, NY 10019 UNITED STATES

| From | 10/2010 | To | 10/2010 |
|---|---|---|---|

**Name**    MORGAN STANLEY SMITH BARNEY(149777)

**Independent Contractor**

**Office of Employment Address**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| | | | No | No | 10/04/2010 | 10/26/2010 | Located At |

Address 2000 WESTCHESTER AVENUE
PURCHASE, NY 10577 US

| From | 01/2009 | To | 12/2009 |
|---|---|---|---|

**Name**    VTRADER PRO, LLC(131920)

**Independent Contractor**  No

**Office of Employment Address**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| BD Main | | | Yes | No | 01/13/2009 | 12/21/2009 | Located At |

Address 1818 MARKET STREET, 18TH FLOOR
PHILADELPHIA, PA 19103 USA

| From | 02/2007 | To | 01/2009 |
|---|---|---|---|

**Name**    MONADNOCK CAPITAL MANAGEMENT, LP(124605)

**Independent Contractor**  No

**Office of Employment Address**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| BD Main | | | Yes | No | 02/22/2007 | 01/14/2009 | Located At |

Address 1845 WALNUT STREET, # 940
PHILADELPHIA, PA 19103

| From | 01/2007 | To | 01/2007 |
|---|---|---|---|

**Name**    LEHMAN BROTHERS INC.(7506)

**Independent Contractor**

**Office of Employment Address**

CRD® or IARD(TM) System    Current As Of:   03/23/2014
Snapshot - Individual
CRD® or IARD(TM) System Report provided to:   RESEARCH
Request Submitted:    3/24/2014 10:45:08 AM                           Page 9 of 14

| Individual | 1297351 - ORTEGON, MARY A |
|---|---|

**Administrative Information**
**Office of Employment History**
**Office of Employment Address**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| | | 26088 | No | No | 01/17/2007 | 01/17/2007 | Located At |
| | Address 745 7TH AVE NEW YORK, NY 10019 USA | | | | | | |

| From | 04/2003 | To | 06/2003 |
|---|---|---|---|

Name    WALLSTREET ELECTRONICA, INC.(43896)

Independent Contractor    No

**Office of Employment Address**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| | | | No | No | 04/29/2003 | 06/23/2003 | Located At |
| | Address 7242 SW 42 TERRACE MIAMI, FL 33146 USA | | | | | | |

| From | 12/1999 | To | 10/2001 |
|---|---|---|---|

Name    HSBC SECURITIES (USA) INC.(19585)

Independent Contractor    No

**Office of Employment Address**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| | | | No | No | 12/31/1999 | 10/22/2001 | Located At |
| | Address 140 BROADWAY NEW YORK, NY 10005 UNITED STATES | | | | | | |

| From | 01/1997 | To | 12/1997 |
|---|---|---|---|

Name    DEUTSCHE MORGAN GRENFELL INC.(2525)

Independent Contractor    No

**Office of Employment Address**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| | | 498 | No | No | 01/06/1997 | 12/24/1997 | Located At |
| | Address 31 WEST 52ND STREET NEW YORK, NY 10019 | | | | | | |

| From | 01/1995 | To | 04/1996 |
|---|---|---|---|

Name    SBC CAPITAL MARKETS, INC.(23745)

Independent Contractor    No

**Office of Employment Address**

CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.

**JA-316**

| CRD® or IARD(TM) System | Current As Of: | 03/23/2014 | | | | | | |
|---|---|---|---|---|---|---|---|---|

**CRD® or IARD(TM) System**  **Current As Of:**  **03/23/2014**
**Snapshot - Individual**
**CRD® or IARD(TM) System Report provided to:   RESEARCH**
**Request Submitted:**   3/24/2014 10:45:08 AM                    **Page 10 of 14**

**Individual    1297351 - ORTEGON, MARY A**

### Administrative Information
**Office of Employment History**

| CRD Branch# | NYSE Branch Code# | Firm Billing Code | Registered Location? | Private Residence? | Address Start Date | Address End Date | Type of Office |
|---|---|---|---|---|---|---|---|
| | | 103 | No | No | 01/01/1995 | 04/29/1996 | Located At |

**Address** 141 WEST JACKSON BOULEVARD
CHICAGO, IL 60604

### Other Business
1.) FINRA; WASHINGTON, DC; INDEPENDENT REGULATOR OF SECURITIES FIRMS; NEUTRAL ARBITRATOR; 1-6 HOURS PER WEEK DEPENDING ON CASE; ARBITRATORS SERVE AS DECISION MAKERS, WEIGHING FACTS OF EACH CASE.  2.) HOLDS NY STATE LIFE AND HEALTH INSURANCE LICENSE NOT CURRENTLY IN USE.

### Exam Appointments

<<No Exam Appointments found for this Individual.>>

### Exam History

| Exam | Enrollment ID | Exam Status | Status Date | Exam Date | Grade | Score | Window Dates |
|---|---|---|---|---|---|---|---|
| S3 | 18234927 | Official Result | 06/12/2001 | 06/11/2001 | Passed | 90 | 02/17/2001-06/17/2001 |
| S3 | 18234927 | Official Result | 05/14/2001 | 05/10/2001 | No Show | | 02/17/2001-06/17/2001 |
| S3 | 18234927 | Official Result | 03/27/2001 | 03/28/2001 | Late Cancel | | 02/17/2001-06/17/2001 |
| S3 | 18234924 | Window Expired | 01/04/2001 | | | | 09/02/2000-12/31/2000 |
| S3 | 18234924 | Official Result | 01/01/2001 | 12/28/2000 | No Show | | 09/02/2000-12/31/2000 |
| S4 | 18234934 | Withdraw | 01/18/2012 | | | | 01/10/2012-05/09/2012 |
| S4 | 18234933 | Official Result | 06/05/2008 | 06/04/2008 | Passed | 75 | 04/05/2008-08/03/2008 |
| S4 | 18234932 | Window Expired | 06/25/2007 | | | | 02/23/2007-06/23/2007 |
| S4 | 18234931 | Official Result | 08/31/2000 | 08/30/2000 | Passed | 87 | 08/04/2000-12/02/2000 |
| S4 | 18234931 | Official Result | 08/04/2000 | 08/04/2000 | Late Cancel | | 08/04/2000-12/02/2000 |
| S4 | 18234929 | Withdraw | 08/03/2000 | | | | 04/06/2000-08/04/2000 |
| S4 | 18234929 | Official Result | 06/29/2000 | 06/27/2000 | No Show | | 04/06/2000-08/04/2000 |
| S7 | 18234947 | Official Result | 09/27/2007 | 09/26/2007 | Passed | 88 | 07/25/2007-11/22/2007 |
| S7 | 18234946 | Window Expired | 06/25/2007 | | | | 02/23/2007-06/23/2007 |
| S7 | 18234945 | Official Result | 04/13/2000 | 04/12/2000 | Passed | 89 | 02/28/2000-06/27/2000 |
| S7 | 18234944 | Official Result | 07/10/1995 | 07/10/1995 | Passed | 71 | - |
| S7 | 18234943 | Window Expired | 06/01/1995 | | | 0 | - |
| S7 | 18234942 | Official Result | 08/18/1984 | 08/18/1984 | Passed | 90 | - |
| S24 | 18234922 | Window Expired | 05/26/2000 | | | | 01/27/2000-05/26/2000 |
| S24 | 18234921 | Official Result | 03/19/1986 | 03/19/1986 | Passed | 76 | - |
| S24 | 18234920 | Official Result | 02/17/1986 | 02/17/1986 | Failed | 69 | - |
| S24 | 18234919 | Official Result | 01/02/1986 | 01/02/1986 | Failed | 63 | - |
| S63 | 18234940 | Official Result | 05/15/2000 | 05/12/2000 | Passed | 78 | 01/27/2000-05/26/2000 |
| S63 | 18234939 | Official Result | 12/06/1997 | 12/06/1997 | Passed | 74 | - |
| S63 | 18234938 | Official Result | 10/24/1997 | 10/24/1997 | Failed | 64 | - |
| S63 | 18234937 | Window Expired | 09/02/1997 | | | 0 | - |

**CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.**

CRD® or IARD(TM) System        **Current As Of:**   03/23/2014
**Snapshot - Individual**
CRD® or IARD(TM) System Report provided to:   **RESEARCH**
**Request Submitted:**   3/24/2014 10:45:08 AM                    **Page 11 of 14**

**Individual**   **1297351 - ORTEGON, MARY A**

### Administrative Information
**Exam History**

| Exam | Enrollment ID | Exam Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------------|-------------|-------------|-----------|-------|-------|--------------|
| S63 | 18234936 | Window Expired | 04/24/1997 | | | 0 | -- |
| S63 | 18234935 | Official Result | 09/14/1984 | 09/14/1984 | Passed | 84 | -- |
| S66 | 18234941 | Official Result | 11/25/2010 | 11/24/2010 | Passed | 84 | 10/27/2010-02/24/2011 |

**CE Regulatory Element Status**
**Current CE Status**   SATISFIED
**CE Base Date**   09/27/2007

**CE Appointments**

<<No CE Appointments found for this Individual.>>

**Current CE**
<<No Current CE found for this Individual.>>

**Next CE**
| Window Dates | Requirement Type | Session |
|--------------|------------------|---------|
| 09/27/2015-01/24/2016 | Anniversary | 201 |

**CE Directed Sequence History**
<<No CE Directed Sequence History found for this Individual.>>

**Inactive CE History Dates**
| From | 01/25/2010 | To | 10/27/2010 |
| From | 08/11/2002 | To | 05/05/2003 |

**Previous CE Requirement Status**

| Requirement Type | Session | Status | Status Date | Window Dates | Result |
|------------------|---------|--------|-------------|--------------|--------|
| Anniversary | 201 | SATISFIED | 10/01/2012 | 09/27/2012-01/24/2013 | 10/01/2012 - CMPLT |
| Anniversary | 201 | REQUIRED | 09/27/2012 | 09/27/2012-01/24/2013 | |
| Anniversary | 201 | SATISFIED | 10/27/2010 | 09/27/2009-01/24/2010 | 10/27/2010 - CMPLT |
| Anniversary | 201 | CEINACTIVE | 01/25/2010 | 09/27/2009-01/24/2010 | |
| Anniversary | 201 | REQUIRED | 09/28/2009 | 09/27/2009-01/24/2010 | |
| Anniversary | 101 | REQUIRED | 04/13/2005 | 04/13/2005-08/10/2005 | |
| Anniversary | 101 | SATISFIED | 05/05/2003 | 04/13/2002-08/10/2002 | 05/05/2003 - CMPLT |
| Anniversary | 101 | CEINACTIVE | 08/11/2002 | 04/13/2002-08/10/2002 | |
| Anniversary | 101 | REQUIRED | 04/14/2002 | 04/13/2002-08/10/2002 | |
| Anniversary | 101 | SATISFIED | 10/24/1997 | 07/11/1997-11/07/1997 | |
| Anniversary | 101 | | 10/24/1997 | 07/11/1997-11/07/1997 | 10/24/1997 - CMPLT |

### Filing History

| Filing Date | Form Type | Filing type | Source |
|-------------|-----------|-------------|--------|
| 05/23/2013 | U5 | Full | MONADNOCK SECURITIES, LP (150062) |
| 05/22/2013 | U5 | Full | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 06/21/2012 | U4 | Amendment | MONADNOCK SECURITIES, LP (150062) |
| 06/01/2012 | U5 | Partial | MONADNOCK SECURITIES, LP (150062) |

**CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.**

CRD® or IARD(TM) System     Current As Of:   03/23/2014
Snapshot - Individual
CRD® or IARD(TM) System Report provided to:   RESEARCH
Request Submitted:    3/24/2014 10:45:08 AM            **Page 12 of 14**

**Individual**    **1297351 – ORTEGON, MARY A**

**Administrative Information**
**Filing History**

| Filing Date | Form Type | Filing type | Source |
|---|---|---|---|
| 05/02/2012 | U4 | Amendment | MONADNOCK SECURITIES, LP (150062) |
| 03/13/2012 | U4 | Amendment | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 03/13/2012 | U4 | Amendment | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 03/12/2012 | U4 | Relicense All | MONADNOCK SECURITIES, LP (150062) |
| 01/09/2012 | U4 | Initial | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 10/12/2011 | U5 | Amendment | MORGAN STANLEY (149777) |
| 09/09/2011 | U5 | Full | MORGAN STANLEY (149777) |
| 06/17/2011 | U4 | Amendment | MORGAN STANLEY (149777) |
| 06/15/2011 | U4 | Amendment | MORGAN STANLEY (149777) |
| 01/20/2011 | U4 | Amendment | MORGAN STANLEY (149777) |
| 12/14/2010 | U4 | Amendment | MORGAN STANLEY (149777) |
| 10/26/2010 | U4 | Initial | MORGAN STANLEY (149777) |
| 10/05/2010 | NRF | Initial | MORGAN STANLEY (149777) |
| 12/21/2009 | U5 | Full | VTRADER PRO, LLC (131920) |
| 10/28/2009 | U4 | Amendment | VTRADER PRO, LLC (131920) |
| 01/14/2009 | U5 | Full | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 01/14/2009 | U4 | Amendment | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 01/13/2009 | U4 | Dual | VTRADER PRO, LLC (131920) |
| 04/04/2008 | U4 | Amendment | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 07/24/2007 | U4 | Amendment | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 07/24/2007 | U5 | Partial | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 02/22/2007 | U4 | Amendment | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 02/22/2007 | U4 | Initial | MONADNOCK CAPITAL MANAGEMENT, LP (124605) |
| 02/07/2007 | NRF | Amendment | LEHMAN BROTHERS INC. (7506) |
| 01/17/2007 | NRF | Initial | LEHMAN BROTHERS INC. (7506) |
| 06/23/2003 | U5 | Full | WALLSTREET*E FINANCIAL SERVICES, INC. (43896) |
| 05/13/2003 | U4 | Amendment | WALLSTREET*E FINANCIAL SERVICES, INC. (43896) |
| 04/29/2003 | U4 | Initial | WALLSTREET*E FINANCIAL SERVICES, INC. (43896) |
| 01/24/2003 | U5 | Amendment | HSBC SECURITIES (USA) INC. (19585) |
| 10/26/2001 | U5 | Full | HSBC SECURITIES (USA) INC. (19585) |
| 02/16/2001 | U4 | Amendment | HSBC SECURITIES (USA) INC. (19585) |
| 09/01/2000 | U4 | Amendment | HSBC SECURITIES (USA) INC. (19585) |

CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(TM) System      Current As Of:   03/23/2014
Snapshot - Individual
CRD® or IARD(TM) System Report provided to:   RESEARCH
Request Submitted:     3/24/2014 10:45:08 AM                                          Page 13 of 14

Individual      1297351 - ORTEGON, MARY A

**Administrative Information**
**Filing History**

| Filing Date | Form Type | Filing type | Source |
|---|---|---|---|
| 08/03/2000 | U4 | Amendment | HSBC SECURITIES (USA) INC. (19585) |
| 04/05/2000 | U4 | Amendment | HSBC SECURITIES (USA) INC. (19585) |
| 01/27/2000 | U4 | Initial | HSBC SECURITIES (USA) INC. (19585) |
| 07/05/1999 | U5 | Conversion | DEUTSCHE BANK SECURITIES INC. (2525) |
| 07/05/1999 | U4 | Conversion | DEUTSCHE BANK SECURITIES INC. (2525) |
| 07/05/1999 | U5 | Conversion | SBC WARBURG, INC. (23745) |
| 07/05/1999 | U4 | Conversion | SBC WARBURG, INC. (23745) |

CRD® or IARD(TM) System Report – See notice regarding CRD Data on cover page.

CRD® or IARD(TM) System        Current As Of:   03/23/2014
Snapshot - Individual
CRD® or IARD(TM) System Report provided to:   RESEARCH
Request Submitted:    3/24/2014 10:45:08 AM                              Page 14 of 14

**Individual**    **1297351 - ORTEGON, MARY A**

**Reportable Events**

<<No Reportable Events found for this Individual.>>

**CRD® or IARD(TM) System Report -- See notice regarding CRD Data on cover page.**

# EXHIBIT H

# LEHMAN BROTHERS

**Authorization to Conduct
Background Investigation**

| Name | P&L Number |
|---|---|
| Mary K Ortegon | 26088 |

| Applicant Tracking or Employee ID Number | Social Security Number | Division |
|---|---|---|
| 86821 | 163482650 | Fixed Income Division |

Lehman Brothers Inc. and its affiliated companies, as members of the financial services industry, regard the fiduciary relationship with our clients as one of our primary obligations. Our commitment to protect our client's financial interests and assets requires us to hire and retain only those individuals who demonstrate and maintain the highest standards of conduct, both within the firm and in their personal lives. Accordingly, as part of our employment procedures for hiring, retaining, promoting, or reassigning employees, we may request that a background investigation be performed. All investigations are conducted in conformance with applicable laws, with the sole objective to verify job related information.

Please review your employment application to ensure that all answers are true and accurate and you have not failed to disclose any information. If you have any questions, please speak to the individual who interviewed you. If you do not have any questions, please read and sign the releases provided below.

## Background Release

In connection with this application for employment and retention, promotion, and/or reassignment of employment with Lehman Brothers, Inc. or its affiliated companies (collectively, "Lehman" or the "Firm"), I authorize Lehman or its affiliates and/or its agents, to conduct a background investigation, including information as to my character, past employment ,education, credit worthiness, civil and criminal history, general reputation and personal characteristics. I authorize the furnishing of a credit report concerning my credit worthiness and other information permitted by state and federal laws and agree to hold all persons harmless with respect to any information they may give, receive or publish. I am authorizing that a photocopy of this release be accepted with the same authority as that of the original.

| Signature of Applicant | Date |
|---|---|
| *Mary C. Ortegon* | 1/16/07 |

**For State of California Only :**

☐ Please check this check box if you wish to have a copy of the report provided to you at the address provided on your employment application.

## Employment Release

I understand that as part of Lehman's pre-employment process, the Firm verifies the information on my employment application. The Firm will initiate the verification process immediately after you submit this completed application. This includes contacting my previous employers and the Central Registration Depository ("CRD"). I authorize Lehman to verify all of my previous employment, including my current or most recent position, and to inquire into my work history and into any information maintained through the CRD. I am authorizing that a photo copy of this release be accepted with the same authority as that of the original.

| Signature of Applicant | Date |
|---|---|
| *Mary C. Ortegon* | 1/16/07 |

3|18

CONFIDENTIAL

LBI_ORTEGON_002004

# LEHMAN BROTHERS

Page 1

## Application For Employment

*Lehman Brothers is an equal opportunity/affirmative action employer. The Firm and its affiliates do not discriminate in employment because of race, color, religion, gender, national origin, veteran status, disability, age, citizenship, marital or domestic/civil partnership status, sexual orientation, gender identity or expression or because of any other criteria prohibited under controlling federal, state or local law.*

| Applicant<br>Mary K Ortegon | Social Security No<br>163482650 | Date of Application<br>01/16/2007 |
|---|---|---|
| Address<br>25 West Houston Street<br>2E | Home Telephone<br>6466427850 | Are you either a U.S citizen or an alien legally authorized to work in the U.S? **YES** |
| City, State, Zip Code<br>New York, New York, 10012 | Under 18 has working papers? | *If you answer "yes" and are offered employment by our firm, you must complete the I-9 form required by the U.S Immigration and Naturalization Service, and provide documentation to verify your identity and eligibility to work in the U.S before you begin working.* |

## EMPLOYMENT HISTORY

| From<br>1/00 | Company<br>HSBC<br>*HSBC Securities*<br>*HSBC Bank USA* | Total Compensation<br>*Average*<br>725,000.00 USD per year<br>(01: 668,662)pd<br>(02-03 For 01: 513,9.0 | Position<br>Head of Sales and Marketing | Reason for Leaving<br>Staff Reduction | Supervisor<br>Colin Lawrence<br>Title<br>Managing Director |
|---|---|---|---|---|---|
| To<br>10/01 | Address<br>New York<br>NY | Full Time / Part time<br>Full Time | | | Telephone No<br>*01144*<br>2081137965 |
| From<br>3/98 | Company<br>Republic National Bank Of NY | Total Compensation<br>350,000.00 USD per year | Position<br>Head of Marketing O and D | Reason for Leaving<br>HSBC bought Republic - contract transferred | Supervisor<br>Colin Lawrence<br>Title<br>Managing Director |
| To<br>1/00 | Address<br>New York<br>NY | Full Time / Part time<br>Full Time | | | Telephone No<br>*01144*<br>2081137965 |
| From<br>1/97 | Company<br>Deutsche Morgan Grenfell | Total Compensation<br>250,000.00 USD per year | Position<br>StructuredEquityProductTra der | Reason for Leaving<br>Offered position at Republic National Bank | Supervisor<br>Satish Nandapurkar<br>Title<br>Managing Director |
| To<br>3/98 | Address<br>New York<br>NY | Full Time / Part time<br>Full Time | | | Telephone No<br>3122668733 |

## EDUCATION

| College | Dickinson College | Degree<br>Bachelor of Arts | Major<br>Economics |
|---|---|---|---|
| | | Date Degree Acquired | May 01, 1983 |

| Signature of Applicant   *Mary C. Ortegon* | Date   1/16/07 |
|---|---|

CONFIDENTIAL

LBI_ORTEGON_002005

# LEHMAN BROTHERS

**Application For Employment**

| Applicant | Social Security No | Date of Application |
|---|---|---|
| Mary K Ortegon | 163482650 | 01/16/2007 |

Have you ever been convicted of or pleaded guilty or nolo contendre ("no contest") to a crime of any kind other than minor traffic violations? Minor traffic violations include parking tickets and other non-moving violations in addition to speeding and similar moving violations. "Driving while intoxicated" is not a minor traffic violation (This information is being sought based on NYSE and bonding requirements as well as federal regulations.) — **NO**

Have you ever had a gap in your employment history of 6 months or greater? — ~~NO~~ **YES** *(hac)*

*I have BEEn Investing In PRE-Construction Real Estate, some*
*PortFolio trading (, Exploring Career opportunities*

Have you ever been employed by Lehman Brother Inc ("Lehman") or any of its subsidiaries, parents, affiliates of predecessor firms? — **NO**

Have you ever been suspended, expelled or otherwise disciplined or penalized by any federal, state or foreign financial regulatory body or by any financial self-regulatory organization, exchange or association, or been denied membership therein, or ever withdrawn your application to such membership? — **NO**

Have you been associated with any broker-dealer, as a director, investment advisor, controlling stockholder, partner, officer, employee or some other representative which has been, or a principal of which has been suspended or expelled from any financial exchange or registered association, or was refused membership therein or withdrew an application for membership or whose registration as a broker-dealer with the SEC or any state or agency has been denied, suspended, or revoked? — **NO**

Are you now subject to an order of the NASD or any national securities exchange? — **NO**

Have you ever been named as a "cause" or party in any action mentioned in the preceding questions taken with respect to a broker-dealer? — **NO**

Has any permanent or temporary injunction ever been entered against you? — **NO**

In your previous business connections or employment in any capacity, have transactions under your attention ever been the subject of complaint or regulatory proceeding? — **NO**

Are you now or have you ever been subject to an order of the SEC or any other regulatory agency or association which bars or suspends you from becoming associated with a broker-dealer? — **NO**

**A. Representation By Applicant**

I understand that any employment by Lehman Brothers Inc. or its affiliated companies ( collectively, Lehman ) is conditioned upon positive responses from my references, bonding eligibility, continued adherence to Lehman's policies and procedures, applicable rules and regulations and job performance satisfactory at all times to Lehman.

I consent to take any pre or post-employment examinations as may be required by Lehman, including but not limited to medical, physical and finger printing and release Lehman from any liability that may arise from such examination.

I authorize an inquiry to be made on the information contained on this application. Upon written request, the nature and the scope of this inquiry will be made available to me. Former employers named on this application are authorized to give information about me and I release them from all liability for issuing such information. I further authorize Lehman to contact any of my former employers to verify the information I have provided and inquire as to my work history.

I understand that my status is that of an employee at will, meaning that I have no contractual right, express or implied, to remain in Lehman's employ. In consideration of my employment, I specifically agree that my employment or the terms and conditions thereof including including compensation, can be changed or terminated with or without cause, and with or without notice, at any time, at the option of Lehman.

In connection with this application for employment with Lehman, I have been informed by Lehman and I understand that, as part of regular employment procedures for employment, promotion, reassignment, or retention as an employee, a consumer report and/or investigate consumer report, including information as to my character, credit worthiness, general reputation and personal characteristics may be made. I understand that I have the right to make a written request, within a reasonable period of time, for a complete and accurate disclosure of the nature and scope of the investigation required. I authorize the furnishing of a report concerning my credit worthiness and other information permitted by state and federal laws and agree to hold all persons harmless with respect to any information they may give, receive or publish.

I hereby attest and warrant that all my answers on this application as well as on all forms completed in conjunction with my employment are true and accurate. I understand that my misrepresentation of facts, failure to disclose information required on this application or material change in my information provided which is not reported to Human Resources shall be cause for dismissal regardless of when discovered by Lehman.

I agree that all work product developed during my employment at Lehman is the property of Lehman and no attempt will be made to deliver or utilize said work product for any purpose other than the benefit of Lehman. I understand that all records, including copies, are property of Lehman and may only be taken upon request of Lehman. I further agree that Lehman has the sole exclusive right to patent, copyright or otherwise protect its proprietary interest in such work product without any such further consent on my part.

| Signature of Applicant | Date |
|---|---|
| Mary C. Ortega | 1/16/07 |

CONFIDENTIAL

LBI_ORTEGON_002006

# LEHMAN BROTHERS

## EMPLOYEE AFFIRMATION FORM

*Employee Information*

| | |
|---|---|
| **Name:** | Mary K Ortegon |
| **Division/Department :** | Latin SCT |
| **P&L Number :** | 26088 |
| **Location:** | 745 Seventh Ave. 3rd Floor |
| **Social Security Number:** | 163482650 |

### Acknowledgement and Agreement to Comply

I have received copies of the Lehman Brothers "Code of Conduct" (dated December 16, 2004); the "Code of Ethics" (dated February 17, 2004); the "Chinese Wall and Restricted List Policy" (dated December 13, 2004); the "Political Contributions Policy" (dated July 12, 2004); the "Policies and Procedures for Written Communications with the Public" (dated May 22, 2003); the "Personal Investment Policy" (dated February 2, 2004); the "Guide to Working at Lehman Brothers"; and if located outside of the United States, the addenda describing additional or special local requirements (together referred to as "the Policies"). I understand that these Policies, as revised from time to time, govern my employment by Lehman Brothers Holdings Inc. or its subsidiaries (together referred to as the "Firm").

I have read and understand the Policies. I agree to comply fully with the Policies, as they may be revised from time to time, and understand that my compliance is a condition of continuing employment by the Firm. I further understand that my employment by the Firm is "at will," meaning that my employment is for no definite term and may be terminated by me or the Firm at any time and for any reason, with or without notice or cause. I understand that nothing in the Policies alters the "at will" nature of my employment and that no one at the Firm has the authority to alter this "at will" status except by a writing signed both by me and the Chief Executive Officer or Chief Administrative Officer of Lehman Brothers Holdings Inc. (or their respective designees).

I understand that some of my fiduciary and related obligations to the Firm, including my obligations regarding the Firm's confidential information and intellectual property, may continue even after my

_____    _____
Signature                                              Date

1

LBI_ORTEGON_002007

# LEHMAN BROTHERS

Confidentiality Agreement

**Please read carefully and sign**

| Name | Social Security Number |
|------|------------------------|
| Mary K Ortegon | 163482650 |

In the course of your work, you may become aware of information of a confidential nature pertaining to the business of the Firm and its clients. The importance of preserving the confidentiality of such information and using it only for the purpose for which it was obtained cannot be overemphasized. Lehman Brothers and its affiliates (collectively, "LB" or the "Firm") maintain policies and procedures with respect to the use and the dissemination of confidential information which are summarized below.

1.    All information related to the business activities of LB and its clients that may be obtained by you from any source as a result of your employment shall be considered as confidential. Materials contained in client files should always be regarded as confidential. You should always maintain appropriate administrative, technical and physical safeguards over records in your possession to prevent unauthorized access.

2.    Information regarding the business methods, operations or results of LB or its clients may not be disclosed to competitors, to the public or to any person. Nor can the preceding information be otherwise used except as your duties at LB may require or with the prior written approval of an authorized senior officer of LB. This applies to the period of your employment and thereafter. Trade practices, procedures, software or other strategies which you develop in the course of performing responsibilities or using LB equipment, facilities are the property of Firm.

3. The handling of material, non-public information is covered in LB's "Chinese Wall and Restricted List Policy" and "Code of Conduct".

4.    The execution of transactions for your own accounts or the solicitation or exercise of discretion over the accounts of others is strictly prohibited when you "know" or have "reason to believe" that you possess material, non-public information, regarding the activities or affairs of the issuing company.   "Material" information is any information which, if publicly disclosed, would reasonably influence an investor's decision to purchase, sell or hold the subject securities or any other securities affected by the information.

5.    Upon termination of your employment, you are required to deliver to the Firm all documents, recordings and other tangible records (including tapes, discs or other similar media) that contain or are derived from the Firm's, or the Firm's clients', confidential information, and permanently erase, remove and destroy any such confidential information maintained in electronic format.

Any employee who has questions or concerns with respect to the use or dissemination of information relating to the business activities or affairs of LB, its subsidiaries, affiliates or clients or relating to corporate or public finance transactions should consult with the Compliance Department or Law Department for guidance.

The Firm will take strong action (which may include termination of employment) against any person(s) making any improper use of confidential information or contributing to a breach of confidentiality.

*I have reviewed and agree to comply with the LB Confidentiality Policy*

| Signature | Department | Date |
|-----------|------------|------|
| Mary C. Ortegon | Latin SCT | 1/16/07 |

# LEHMAN BROTHERS

## Statement of Jurisdiction

I understand that from time to time I may perform services on behalf of Lehman Brothers Inc. and its subsidiaries ("LBI") in connection with or arising out of its activities as a member organization of the New York Stock Exchange Inc. ( the "Exchange") even though I may at such time be an employee of Lehman Brothers Holdings Inc. or one of its subsidiaries (other than LBI). I acknowledge and agree that in performing such services:

   a)  I will be subject to the direct supervision, control and discipline of LBI and will follow the rules, standards and guidelines established by LBI with respect to the performance of such services;

   b)  I will, for the purposes of the Constitution and Rules of the Exchange, be deemed to be an "employee" of LBI and will be fully subject to the jurisdiction of the Exchange and such Constitution and Rules; and

   c)  I will perform such services in accordance with the Constitution and Rules of the Exchange and understand that if I fail to do so, I may be disciplined or penalized by the Exchange as an "employee" of a member organization.

I understand that from time to time I may perform services on behalf of Lehman Brothers Bank, FSB and its subsidiaries, Lehman Brothers Commercial Bank and its subsidiaries, or any other banking entity which may be controlled by Lehman Brothers from time to time (each a "Bank") even though I may at such time be an employee of Lehman Brothers Holdings Inc. or one of its affiliates or subsidiaries (other than such Bank). I acknowledge and agree that in performing such services for a Bank:

   a)  I will be subject to the direct supervision, control and discipline of such Bank and will follow the rules, standards and guidelines established by such Bank with respect to the performance of such services; and

   b)  I will be subject to the jurisdiction of the federal and/or state banking authorities having jurisdiction and supervision over such Bank or whichever federal and/or state banking regulatory rules, standards and guidelines may be appropriate.

**Name of Employee**

Mary K Ortegon

**Signature of Employee**

Mary C. Otegon

**Social Security Number**

163482650

| **Branch/Department** | **Location** |
|---|---|
| Latin SCT | 745 Seventh Ave. 3rd Floor |

**Date**

1/16/07

LBF 8132 (9/99)

# LEHMAN BROTHERS

Lehman Brothers and it's parent and affiliates (the Company) regard substance abuse as a serious social, economic, business and medical problem. In recognition of its potentially adverse impact on the Company, its employees, clients and the community, the Company has adopted a substance abuse policy which includes the pre-employment drug screening of new employees, vendor representatives, consultants and temps. Please complete the consent form below and return to the appropriate Company representative:

## Applicant Consent for Drug Analysis

I, __Mary K Ortegon_____, SS# __163482650_____

do hereby give my consent to the Company and to the medical personnel, medical review officers, medical testing laboratories, and any other persons or organizations engaged in processing or reviewing the drug tests to perform appropriate tests or examinations on me for drugs as part of its pre-employment drug screening program. I further give my permission to the medical personnel, medical review offices, medical testing laboratories and any other persons or organizations engaged in processing or reviewing the drug tests, to release the results of the tests or examinations as needed to process or review my drug test. I acknowledge that I have not adulterated the specimen in any manner. In the event my drug tests reveal the presence of a controlled substance in my system or reveal evidence of adulteration or substitution with respect to the sample I have given, I hereby authorize any person, physician, corporation or other legal entity to release to the Company information related to drug use, drug abuse, drug possession, or adulteration or substitution with respect to the sample I have given, including medical information or test results and including information in the possession of police, court or probation authorities.

I acknowledge that the purpose of the drug screening/examination is not for treatment, that no treatment relationship or any other special relationship is established with any of the examining physicians or involved personnel, and that I am not relying on this screening/examination for any treatment or personal health examination purposes.

In consideration of the Company accepting my assignment or application for employment, I hereby release and waive any and all claims of whatever kind and nature that I have had or may have against the Company, its affiliates, agents, employees, officers, directors and successors, and the Company medical services provider and outside medical contractors, including but not limited to its medical testing laboratories relating to or arising from the aforementioned testing, my application for employment, or my assignment to the Company.

_Mary C. Ortegon_____          _1/16/_____
Signature Of Applicant Being Tested                     Date


_____          _____
Signature Of Parent Or Legal Guardian - If                Date
Applicant Is Minor

# LEHMAN BROTHERS

Intellectual Property Agreement

Please read carefully and sign

| Name | Social Security Number |
|------|------------------------|
| Mary K Ortegon | 163482650 |

In consideration of my employment by Lehman Brothers or any of its affiliates (collectively, "Lehman Brothers") or my continued employment by Lehman Brothers, and the payment to me of a salary or other compensation during my employment, I agree as follows:

1. _Definitions._

    a.  "Intellectual Property" means all: (i) patents, patent applications and patent disclosures; (ii) trademarks, service marks, trade dress, trade names, logos, corporate names, Internet domain names, and registrations and applications for the registration thereof, together with all of the goodwill associated therewith; (iii) copyrights and copyrightable works (including, without limitation, mask works, computer software, source code, object code, data, databases and documentation relating thereto (collectively, "Software")), and registrations and applications for the registration thereof; (iv) trade secrets and other confidential information (whether or not patentable), including, without limitation, inventions, discoveries, developments, improvements, know-how, ideas, concepts, products, devices, systems, processes, methods, business methods, techniques, strategies, formulas, compositions, equations, algorithms, rules, protocols, Software, research and development information, data, drawings, specifications, flowcharts, schematics, programmer notes, designs, proposals, plans, financial and marketing plans and customer, and partner and vendor lists and information; (v) other similar proprietary rights; and (vi) copies and tangible embodiments thereof (in whatever form or medium).

    b.  "Lehman Work Product" means Intellectual Property that is conceived, developed, made, reduced to practice or otherwise utilized by me, alone or jointly with others, during the term of my employment with Lehman Brothers, and: (i) by using equipment, supplies, facilities or information of Lehman Brothers; (ii) is related to the subject matter, or arises out, of my employment by Lehman Brothers; or (iii) is related to or arises out of any of Lehman Brothers' current or anticipated business activities.

2. _Ownership; Assignment of Intellectual Property; Moral Rights Waiver._ I acknowledge and agree that Lehman Brothers shall own all right, title and interest in and to all Lehman Work Product, including, without limitation, any right to collect for past damages for the infringement or unauthorized use of Lehman Work Product. To the extent that any Intellectual Property that forms part of the Lehman Work Product does not automatically, by operation of law, belong to Lehman Brothers, I hereby irrevocably transfer and assign to Lehman Brothers (or, to the extent not transferable, waive) all right, title and interest in and to such Intellectual Property for all forms and media, whether or not now existing, throughout the world, including, without limitation, any right to collect for past damages for the infringement or unauthorized use of such Intellectual Property, and waive, to the fullest extent permitted by law, all of my "moral rights" with respect to such Intellectual Property.

3. _Disclosure; Record Keeping._ Without limiting my obligations under any other provision of this Agreement, I agree to disclose to Lehman Brothers promptly and fully, maintain adequate and current records of, and comply with Lehman Brothers' policies regarding record keeping (as such policies may be created and amended from time to time) for any and all Lehman Work Product. Such records shall be and shall remain the exclusive property of Lehman Brothers and shall be made available promptly to Lehman Brothers at any time upon request of Lehman Brothers.

4. _Third Party Intellectual Property and Confidential Information._ I will not disclose to Lehman Brothers, use in its business, or cause Lehman Brothers to use any information or material that is confidential to any third party, nor will I incorporate into any Lehman Work Product any Intellectual Property of any third party, unless such incorporation has been authorized by Lehman Brothers. Within thirty (30) days of the date on which I execute this Agreement, I will deliver to Lehman Brothers copies of any and all current or expired agreements obligating me to grant, assign or license to any party (other than Lehman Brothers) any interest in Intellectual Property conceived, developed, made or reduced to practice by me.

5. _Further Assurances._ During the course of my employment and thereafter, upon the request of Lehman Brothers, I will promptly provide cooperation and assistance to Lehman Brothers, and its successors, assigns or other legal representatives, at Lehman Brothers' expense (such assistance and cooperation including, without limitation, the execution and delivery of any and all affidavits, declarations, oaths, exhibits, assignments, powers of attorney or other documentation as may be reasonably required): (a) in obtaining and/or perfecting ownership and control over Intellectual Property included in Lehman Work Product; (b) in the preparation and prosecution of any applications for, or registration of any Intellectual Property included within Lehman Work Product; (c) in the prosecution or defense of, or other participation in any court or patent office proceedings, including, without limitation, any interference, opposition, reexamination, reissue, litigation or other proceedings, that may arise in connection with Lehman Work Product, including, without limitation, producing documents or providing testimony relating to Lehman Work Product, and assisting Lehman to obtain such documents or testimony; and (d) in obtaining any additional patents or other protection that Lehman Brothers may deem appropriate and that may be secured under the laws now or hereafter in effect in any

6. _Return of Documents, Equipment, Etc._ Without limiting my obligations under any other provision of this Agreement, all writings, records, and other documents and things comprising, containing, describing, discussing, explaining or evidencing any Lehman Work Product and all equipment, components, parts, tools and the like in my custody or possession that have been obtained or prepared in the course of my employment with Lehman Brothers shall be the exclusive property of Lehman Brothers, shall not be copied or removed from the premises of Lehman Brothers, except in pursuit of the business of Lehman Brothers, and shall be delivered to Lehman Brothers, without my retaining any copies, no later than the date of termination of my employment with Lehman Brothers or at any other time requested by Lehman Brothers.

7. _Media Release._ I permit Lehman Brothers to use my name, likeness and voice, including any recording or image thereof in any media, now or hereafter known (collectively, "Employee Media"), in connection with Lehman Brothers' operations. I waive all moral and artist's rights in such Employee Media, including any right to review and/or approve such Employee Media prior to use by Lehman Brothers.

8. _Representations and Warranties._

   a. I represent and warrant that I am not a party to any current or expired agreement obligating me to grant, assign or license to any party (other than Lehman Brothers) any interest in Intellectual Property conceived, developed, made or reduced to practice by me, other than those agreements which I have delivered to Lehman Brothers pursuant to Section 4 above.

   b. I have the right to furnish, and Lehman Brothers has the right to use, any Lehman Work Product free of all liens, claims, encumbrances, and other restrictions and free of any third party rights, interests, license or support fees.

   c. Any Lehman Work Product, and Lehman Brothers' use of such Lehman Work Product in accordance with the terms of this Agreement, do not and will not violate, infringe or misappropriate any Intellectual Property or rights associated therewith or the laws or regulations of any governmental or judicial authority.

9. _Remedies._ I acknowledge and agree that any breach or violation by me of this Agreement will result in immediate and irreparable injury and harm to Lehman Brothers and will cause damage to Lehman Brothers in amounts difficult to ascertain. Accordingly, in the event of a breach or threatened breach by me of any of the provisions of this Agreement, I agree that Lehman Brothers, in addition to and not in limitation of any other rights, remedies or damages available to Lehman Brothers at law or in equity (including, without limitation, reasonable attorney fees.), shall be entitled to a preliminary and a permanent injunction, in order to prevent or restrain any such further breach by me or my partners, agents, representatives, servants, employers, employees or any and all persons directly or indirectly acting for or with me. I acknowledge and agree that the remedies contained in this Section are reasonably related to the injuries Lehman Brothers may sustain as a result of my breach of my obligations under this Agreement, and are not a penalty. It is further understood and agreed that no failure or delay by Lehman Brothers in exercising any right, power or privilege hereunder shall operate as a waiver thereof, nor shall any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any right, power or privilege hereunder. I agree that these obligations are reasonable.

10. _Governing Law._ This Agreement shall be governed by New York law, without regard to its choice of law principles.

11. _No Assignment._ Neither this Agreement nor any part hereof may be assigned (whether by operation of law or otherwise) by either party without the other party's prior written consent, and any assignment without such written consent will be void. Notwithstanding the foregoing, upon written notice to me, Lehman Brothers may assign this Agreement or any of its rights or obligations hereunder to any of its affiliated companies or to an entity with or into which it is merged or consolidated or to which it sells all or substantially all its capital stock or assets, without my consent. This Agreement shall be binding upon the parties' respective successors and assigns.

12. _Severability._ If any of the provisions of this Agreement are determined to be invalid or unenforceable, such invalidity or unenforceability will not invalidate or render unenforceable the remainder of this Agreement, but rather the entire Agreement will be construed as if not containing the particular invalid or unenforceable provision or provisions, and the remaining rights and obligations shall be construed and enforced accordingly.

13. _Entire Agreement._ This Agreement is the entire agreement and supersedes all previous and contemporaneous communications, representations, agreements or prior proposals regarding the subject matter hereof. This Agreement cannot be amended or waived except by physical writing manually signed by Lehman Brothers and me. I understand and agree, however, that my obligations under this Agreement are in addition to any Lehman Brothers policies that may exist from time to time regarding Intellectual Property.

14. _Non-Exclusivity; No Waiver._ Lehman Brothers' rights as set forth in this Agreement are not intended to be exclusive of any other rights of Lehman Brothers at law or in equity, and each and every right of Lehman Brothers here under shall be cumulative and shall be in addition to every other right hereunder and at law and in equity. No failure or delay on the part of Lehman Brothers to exercise any right provided in this Agreement or at law or in equity shall operate as a waiver thereof; nor shall any single or partial exercise of or failure to exercise any such right preclude any other or further exercise thereof or the exercise of any other right under this Agreement or at law or in equity.

15. _Acknowledgment._. I REPRESENT AND WARRANT THAT: (A) I HAVE READ AND UNDERSTOOD EVERY

CONFIDENTIAL

LBI_ORTEGON_002012

PROVISION OF THIS AGREEMENT; (B) I UNDERSTAND THAT THIS AGREEMENT IS NOT A CONTRACT OF EMPLOYMENT, THAT IT SHOULD NOT BE CONSTRUED AS A GUARANTEE OF MY EMPLOYMENT FOR ANY

PROVISION OF THIS AGREEMENT; (B) I UNDERSTAND THAT THIS AGREEMENT IS NOT A CONTRACT OF EMPLOYMENT, THAT IT SHOULD NOT BE CONSTRUED AS A GUARANTEE OF MY EMPLOYMENT FOR ANY PERIOD OF TIME, AND THAT IT SHALL NOT BE CONSTRUED TO OBLIGATE LEHMAN BROTHERS IN ANY WAY EXCEPT AS EXPRESSLY SET FORTH HEREIN; (C) I HAVE HAD THE OPPORTUNITY TO OBTAIN ADVICE FROM LEGAL COUNSEL OF MY CHOICE IN ORDER TO INTERPRET ANY AND ALL PROVISIONS OF THIS AGREEMENT; (D) I WAS GIVEN THE OPPORTUNITY TO ASK LEHMAN BROTHERS QUESTIONS ABOUT THIS AGREEMENT AND ANY QUESTIONS I ASKED WERE ANSWERED TO MY SATISFACTION; AND (E) I HAVE BEEN GIVEN A COPY OF THIS AGREEMENT.

IN WITNESS WHEREOF, intending to be legally bound, I have executed this Agreement, effective as of the date of the commencement of my employment.

| Signature _Mary G. Ortega_ | Date _1/16/07_ |
|---|---|
| Department Latin SCT | Hiring Manager |

3

LBI_ORTEGON_002013

# REGISTRATION INFORMATION

Name :        Mary K Ortegon

Department :        Latin SCT

Because Lehman Brothers operates in a highly regulated environment, many regulatory agencies require our employees to have licenses in order to conduct their business. Please fill out the questionnaire below in order to determine whether you may require a license.

Whether or not you currently have a license, in the position you are being hired for, at Lehman Brothers:

| | |
|---|---|
| Will you be selling or trading securities or commodities? | NO |
| Will you be providing investment banking advice or services to clients? | NO |
| Will you be communicating Lehman Brothers research information directly to the public in any capacity? | NO |
| Will you be working on the floor of the New York Stock Exchange (NYSE)? If yes, please indicate in what capacity and your title: | NO |

| | |
|---|---|
| Are you currently, or have you ever been, licensed with the NYSE, National Association of Securities Dealers ("NASD") or the National Futures Association("NFA")? * | YES |

*If yes, you must complete the below Consent*

I,  Mary K Ortegon                         hereby give my consent to LEHMAN BROTHERS INC. to verify my previous employment and registration history through the CRD system in conjunction with my application for employment. It is understood that the information provided via CRD is not under the control of Lehman Brothers, nor is Lehman Brothers responsible for its content.

Signature        *Mary C. Ortega*

Social Security #        163482650

# LEHMAN BROTHERS

Securities and Exchange Commission
Regulatory Questionnaire
New Employees

| Name | Mary K Ortegon |
|---|---|
| Social Security No. | 163482650 |

The SEC and other appplicable entities require that the Firm comply with certain reporting procedures. It is therefore necessary that every new employee respond to the attached questionnaire. You should be aware that serious penalties are involved for both the Firm and employee by a failure to respond to the questions asked, or in making false statements.

## WARNING!
# FAILURE TO TRUTHFULLY COMPLETE THIS QUESTIONNAIRE
## CONSTITUTES A GROUND FOR DISMISSAL AND MAY EXPOSE YOU TO SEVERE REGULATORY PENALTIES.

**Definitions:**

**Involved** - Doing an act or aiding, abetting, counseling, commanding, inducing, conspiring with or failing reasonably to supervise another in doing an act.

**Investment or Investment-Related** - Pertaining to securities, commodities, banking, insurance or real estate (including, but not limited to acting as or being associated with a broker-dealer, investment company, investment adviser, futures sponsor, bank, or savings and loan association).

**Foreign Financial Regulatory Authority** - Includes(A) a foreign securities authority; (B) other governmental body or foreign equivalent of a self-regulatory organization empowered by a foreign government to administer or enforce its laws relating to the regulation of investment or investment-related activities; or (C) membership organization, a function of which is to regulate the participation of its members in the activities listed above.

**Questions:**

1. Have you been convicted of or pled guilty or nolo contendere ("no contest") in a domestic or foreign court to:

   (A) a felony or misdemeanor involving investments or an investment-related business, fraud, false statements or omissions, wrongful taking of property, or bribery, forgery, counterfeiting or extortion? **NO**

   (B) gambling? **NO**

   (C) any other felony? **NO**

2. Has any domestic or foreign court ever:

   (A) enjoined you in connection with any investment-related activity? **NO**

   (B) found that you were involved in a violation of investment-related statuses or regulations? **NO**

3. Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever :

   (A) found you to have made a false statement or omission? **NO**

   (B) found you to have been involved in a violation of investment-related regulations or statutes? **NO**

   (C) found you to have been a cause of an investment-related business having its authorization to do business denied, suspended, revoked or restictred? **NO**

   (D) entered an order denying, suspending or revoking your registration or disciplined you by restricting your activities? **NO**

   (E) imposed a civil money penalty on you, or ordered you to cease and desist from any activity? **NO**

4. Has any other Federal regulatory agency or any state regulatory agency or foreign financial regulatory authority ever:

    (A) found you to have made a false statement or omission or been dishonest, unfair or unethical? **NO**

    (B) found you to have been involved in a violation of investment regulations or statutes? **NO**

    (C) found you to have been a cause of an investment-related business having its authorization to do business denied, suspended, revoked or restricted? **NO**

    (D) entered an order against you in connection with investment-related activity? **NO**

    (E) denied, suspended, or revoked your registration or license or otherwise prevented you from associating with an investment-related business, or disciplined you by restricting your activities? **NO**

    (F) found you to have made a false statement or omission or been dishonest, unfair or unethical? **NO**

5. Has any self-regulatory organization or commodities exchange ever:

    (A) found you to have made a false statement or omission? **NO**

    (B) found you to have been involved in a violation of its rules? **NO**

    (C) found you to have been the cause of an investment-related business having its authorization to do business denied, suspended, revoked or restricted? **NO**

    (D) disciplined you by expelling or suspending you from membership, barring or suspending your association with its members, or restricting your activities? **NO**

6. Has any foreign government ever entered an order against you related to investments or fraud, other than as reported in Questions 1,2,4 or 5? **NO**

7. Are you now the subject of any complaint, investigation, or proceeding that could result in a "Yes" answer to any of questions 1 through 6? **NO**

8. Has a bonding company denied, paid out on, or revoked a bond for you? **NO**

9. Do you have any unsatisfied judgments or liens against you? **NO**

10. Has a broker or dealer firm that you exercised management or policy control over, or owned 10% or more of the securities of, ever been declared bankrupt, had a trustee appointed under the Securities Investors Protection Act, or had a direct payment procedure initiated? **NO**

11. Have you been discharged or permitted to resign because you were accused of:

    (A) violating investment-related statutes, regulations, rules or industry standards of conduct? **NO**

    (B) fraud or the wrongful taking of property? **NO**

| Signature | Date | Branch or Department Name |
|---|---|---|
| Mary C. Ortega | 1/16/07 | Latin SCT |

LBI_ORTEGON_002016

# LEHMAN BROTHERS

Arbitration Agreement

**Please read carefully and sign**

| Name | Social Security Number |
|---|---|
| Mary K Ortegon | 163482650 |

In consideration of my hiring and employment by Lehman Brothers Holdings Inc. or its affiliates or subsidiaries (together, "Lehman Brothers"), and in further consideration of Lehman Brothers' agreement to be bound to the terms of this mutual agreement to arbitrate, I hereby agree that any claim or controversy arising out of or relating to my employment by Lehman Brothers, including my compensation or the termination of my employment, shall be submitted to arbitration before the National Association of Securities Dealers, Inc. or the New York Stock Exchange, Inc. and resolved in accordance with the rules, then in effect, of such entities, provided that the arbitrator(s) shall be required to follow and apply the law that would be applicable to such claim or controversy if it had been asserted in court, including the law governing remedies, limitations periods, and allocations and burdens of proof, and the Federal Rules of Evidence. The award rendered in arbitration shall be final and binding, and judgment upon the award may be entered in any court of competent jurisdiction.

This arbitration agreement applies (but is not limited) to statutory discrimination, harassment, retaliation, whistleblower and other claims under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Fair Labor Standards Act, and any other federal, state or municipal discrimination, wage payment, whistleblower or fair employment practices law, statute or regulation, or common law.

I understand and agree that by entering into this agreement, I am waiving any right to file a lawsuit or to have a jury trial over any claim covered by this agreement, any right to bring or litigate any such claim as a class or collective action, and any right to act as a class representative or to participate as a member of a class of claimants with respect to any such claim.

| Signature | Department | Date |
|---|---|---|
| Mary C. Ortego | Latin SCT | 1/16/12 |

## Pre-Employment Appointment Audit Sheet

For Staffing Department

| Candidate Name | Mary K Ortegon | Hiring Manager | | P&L | 26088 | Division | Fixed Income Division |
|---|---|---|---|---|---|---|---|
| ID# | 86821 | Location | 745 Seventh Ave. 3rd Floor | Branch/Department | Latin SCT | Company | LBI |
| SS# | 163482650 | | | | | | |
| Appointment Date | January 16, 2007 | Appointment Time | 11:30 am | Project Start Date | January 18, 2007 | | |

**Application Questions to which candidate responded YES - None**

**SEC Questionnaire Questions to which Candidate responded YES - None**

**List of forms to get signed**

- ☑ Application For Employment
- ☑ Employment Eligibility Form
- ☑ Employee Affirmation Form
- ☑ Confidentiality Agreement
- ☑ Statement of Jurisdiction
- ☑ Authorization to Conduct a Background Investigation
- ☑ Consent for Drug Analysis
- ☑ Intellectual Property Agreement
- ☑ Registration
- ☑ SEC Questionnaire
- ☑ Outside Directorships
- ☑ Form A - Disclosure of Employee and Employee-Related  Accounts
- ☑ Pre-employment Appointment Audit



Report Run    01/16/2007

Page 1 of 1

CONFIDENTIAL

LBI_ORTEGON_002018

**JA-337**

## **PD 15**

**Hearing Date and Time: October 7, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| LEHMAN BROTHERS INC., | Case No. 08-01420 (SCC) |
| Debtor. | |

**THE TRUSTEE'S REPLY MEMORANDUM IN SUPPORT OF THE TRUSTEE'S MOTION FOR SUMMARY JUDGMENT ON THE TRUSTEE'S OBJECTION TO THE GENERAL CREDITOR CLAIM FILED BY MARY A. ORTEGON (CLAIM NO. 4546)**

# TABLE OF CONTENTS

**Page**

PRELIMINARY STATEMENT ..................................................1

ARGUMENT ..............................................................................2

    I.      MS. ORTEGON HAS NOT DEMONSTRATED THAT SHE CAN
           ESTABLISH ANY GENUINE ISSUE OF MATERIAL FACT ...........................3

    II.     UNDER THE UNAMBIGUOUS TERMS OF THE OFFER LETTER,
           LBI HAD NO OBLIGATION TO PAY MS. ORTEGON THE $350,000
           BONUS SHE SEEKS .........................................................4

CONCLUSION ...........................................................................7

64688107_3

## TABLE OF AUTHORITIES

**Page(s)**

CASES

*Amies v. Wesnofske*, 174 N.E. 436 (N.Y. 1931) ...............................................................7

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) ...................................................2

*Eastman Kodak Co. v. Altek Corp.*, 936 F. Supp. 2d 342 (S.D.N.Y. 2013) ...................7

*Gottlieb v. County of Orange*, 84 F.3d 511 (2d Cir. 1996)...........................................2

*Oscar de la Renta, Ltd. v. Mulberry Thai Silks, Inc.*, No. 08 Civ. 4341(RJS), 2009 WL
    1054830 (S.D.N.Y. Apr. 17, 2009)...........................................................................2

*Wallace v. BMO Nesbitt Burns Corp.*, No. 01 CIV 7998(JGK), 2002 WL 32063120
    (S.D.N.Y. Nov. 25, 2002) ......................................................................................2, 6

*XL Specialty Ins. Co. v. Agoglia*, Nos. 08 Civ. 3821(GEL), 08 Civ. 4196(GEL), 08 Civ.
    5252(GEL), 2009 WL 1227485 (S.D.N.Y. Apr. 30, 2009) .....................................2

STATUTES AND RULES

15 U.S.C. § 78aaa *et seq.* ...............................................................................................1

64688107_3

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business
of Lehman Brothers Inc. ( "LBI") under the Securities Investor Protection Act of 1970 as
amended, 15 U.S.C. §§ 78aaa *et seq*. ("SIPA"), by and through his undersigned counsel, submits
this reply memorandum of law in further support of his motion for summary judgment on the
Trustee's objection to the general creditor claim of Mary A. Ortegon (Claim No. 4546) (the
"Claim").

## **PRELIMINARY STATEMENT**

The Trustee's moving papers demonstrated that the Trustee is entitled to
judgment as a matter of law so that summary judgment should be granted in his favor as to
liability on the Claim, which should be disallowed and expunged.  Ms. Ortegon has not come
forward with any evidence that creates a genuine issue of material fact as to the viability of her
Claim.  Ms. Ortegon does not dispute that the $350,000 bonus she is claiming was contained in
an offer letter of at will employment; she does not dispute that LBI was entitled to rescind its
offer of employment or terminate her at any time for any reason; she does not dispute that LBI
rescinded its offer of employment; and she does not dispute that she never actually began work at
LBI or performed any work whatsoever for LBI.

Given these undisputed facts, the only remaining issue here is whether the offer
letter provided a guarantee of payment of a $350,000 bonus.  It did not.  The unambiguous
language of the offer letter provided that the bonus would not be payable until January 2008 (a
full year after Ms. Ortegon's expected start date), and would not be payable if Ms. Ortegon
resigned or was terminated for, among other things, failure to perform employment duties or
obligations satisfactorily.  The offer letter is unambiguous that the $350,000 bonus was not a